UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE SUBPOENAS SERVED ON	Case No. 23-MC-80387-MARRA
CHRISTINA BOBB
_____/

## JOINT NOTICE

On April 20, 2023, the Court held a hearing concerning the parties' pending cross-motions, Docs. 1, 6. In hopes of resolving their dispute, the parties agreed to confer and notify the Court by April 21, 2023, of any further conflicts. Doc. 17. The parties are working diligently to address these matters, but have not yet completed their discussions. The parties will endeavor to finish these discussions by April 22, 2023, and will file a supplemental notice by that date.

Dated: April 21, 2023	Respectfully submitted,

*/s/ Gregory M. Singer*
John F. Lauro (FBN 794074)
jlauro@laurosinger.com
Gregory M. Singer (FBN 109267)
gsinger@laurosinger.com
Filzah I. Pavalon (FBN 1033403)
fpavalon@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
Telephone: (813) 222-8990
Facsimile: (813) 222-8991
*Attorneys for Christina Bobb*

*/s/ Shalini Goel Agarwal*
UNITED TO PROTECT DEMOCRACY
Shalini Goel Agarwal
FL Bar No. 90843
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Tel: (202) 579-4582
shalini.agarwal@protectdemocracy.org

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb*
DC Bar No. 974960
Meryl C. Governski
DC Bar No. 1023549 (admitted *pro hac vice*)
1875 K Street NW
Washington, DC 20006

John Langford  
NY Bar No. 5348479 (admitted *pro hac vice*)  
Rachel Goodman*  
NY Bar No. 4879458  
82 Nassau Street, #601  
New York, NY 10038  
Tel: (202) 579-4582  
john.langford@protectdemocracy.org  
rachel.goodman@protectdemocracy.org  

Christine Kwon  
CA Bar No. 319384 (admitted *pro hac vice*)  
555 West 5th Street, 35th Floor  
Los Angeles, CA 90013  
Tel: (202) 579-4582  
christine.kwon@protectdemocracy.org  

DUBOSE MILLER LLC  
Von A. DuBose*  
GA Bar No. 231451  
75 14th Street NE  
Suite 2110  
Atlanta, Georgia 30309  
Tel: (404) 720-8111  
dubose@dubosemiller.com  

Tel: (202) 303-1000  
Fax: (202) 303-2000  
mgottlieb@willkie.com  
mgovernski@willkie.com  

* Pro hac vice *application forthcoming*

*Attorneys for Plaintiffs Ruby Freeman and Wandrea Moss*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF notification April 21, 2023, on all counsel of record.

*/s/ Filzah I. Pavalon*
Filzah I. Pavalon