**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE SUBPOENAS SERVED ON                          Case No. 23-MC-80387-MARRA
CHRISTINA BOBB
_____/

**NOTICE REGARDING CASE STATUS**

Pursuant to the Court's order, Doc. 21, Petitioner Christina Bobb ("Petitioner") advises that no judicial labor is presently required in this matter and Petitioner does not anticipate the need for further labor. Accordingly, Petitioner does not object to the closure of this case.

Dated: August 9, 2023                              Respectfully submitted,

                                                   */s/ Gregory M. Singer*
                                                   John F. Lauro (FBN 794074)
                                                   jlauro@laurosinger.com
                                                   Gregory M. Singer (FBN 109267)
                                                   gsinger@laurosinger.com
                                                   Filzah I. Pavalon (FBN 1033403)
                                                   fpavalon@laurosinger.com
                                                   LAURO & SINGER
                                                   400 N. Tampa St., 15th Floor
                                                   Tampa, FL 33602
                                                   Telephone: (813) 222-8990
                                                   Facsimile: (813) 222-8991
                                                   *Attorneys for Christina Bobb*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF notification August 9, 2023, on all counsel of record.

> */s/ Gregory M. Singer*
> Gregory M. Singer